```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  Terrance Strickland
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10 - 272 - GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) JURY TRIAL |
| v. | ) |
| Terrance Strickland, | ) |
| Defendant. | ) Date: October 12, 2010 |
|  | ) Time: 9:00 A.M. |
|  | ) Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, TERRENCE STRICKLAND, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for September 20, 2010 and the jury trial set for September 27, 2010, be vacated and set for trial confirmation hearing on Monday, September 27, 2010, and the jury trial be set for Tuesday, October 12, 2010.

1     The parties agree that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial because the defense requires
4 more time to fully investigate the facts alleged against Mr. Strickland
5 to prepare his defense or negotiate a resolution. 18 U.S.C. §
6 3161(h)(7)(A).

7     The parties stipulate that for the purpose of computing time under
8 the Speedy Trial Act, the Court should exclude time from the date of
9 this order until October 12, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
10 [Local Code T4].

11
12 DATED: September 17, 2010      Respectfully submitted,
                                          DANIEL J. BRODERICK
13                                           Federal Defender

14                                           /s/ Linda Harter
                                          LINDA HARTER
15                                           Assistant Federal Defender
                                          Attorney for Defendant
16                                           TERRANCE STRICKLAND

17
18 DATED: September 17, 2010      BENJAMIN B. WAGNER
                                          United States Attorney
19
20                                           /s/ Matthew Stegman
                                          MATTHEW STEGMAN
21                                           Assistant U.S. Attorney
                                          Attorney for Plaintiff
22
23                               **O R D E R**

24     **IT IS SO ORDERED.**

25 DATED: September 21, 2010     /s/ Gregory G. Hollows

26                                           HON. Gregory G. Hollows
                                          United States Magistrate Judge
27
28 strickland.eot

Stipulation and Proposed Order