```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP AND TIMOTHY KELLY
Certified Student Attorneys
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
Terrance Strickland
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10 - 272 - GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | VACATE JURY TRIAL AND SET CHANGE |
| v. ) | OF PLEA |
| ) | |
| Terrance Strickland, ) | |
| ) | |
| Defendant. ) | Date: October 12, 2010 |
| ) | Time: 9:00 A.M. |
| _____ ) | Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, TERRENCE STRICKLAND, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the jury trial set for October 12, 2010 at 9am be vacated and a change of plea hearing be set for October 12, 2010 at 9 am.

In the furtherance of justice, both parties have reached an

1  agreement to settle the matter out of court.  Both parties agree that
2  the ends of justice are served by granting defendant's request to
3  vacate the jury trial and set the change of plea with a deferred entry
4  of judgment. 18 U.S.C. § 3161(h)(7)(A).

5      The parties stipulate that for the purpose of computing time under
6  the Speedy Trial Act, the Court should exclude time from the date of
7  this order until October 12, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
8  [Local Code T4].

```
DATED: October 1, 2010              Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TERRANCE STRICKLAND



DATED: October 1, 2010              BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: <u>October 5, 2010</u>     /s/ Gregory G. Hollows

                                   HON. Gregory G. Hollows
                                   United States Magistrate Judge

strickland.ord

Stipulation and Proposed Order
-2-